## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Hunter William Lundy
Lundy, Lundy, Soileau & South
P. O. Box 3010
Lake Charles LA 70602

Jackey White South
Lundy, Lundy, Soileau & South
501 Broad Street
Lake Charles LA 70602

Daniel A. Kramer
Lundy, Lundy, Soileau & South
P. O. Box 3010
Lake Charles LA 70602

Candace P. Howay
Lundy, Lundy, Soileau
501 Broad Street
Lake Charles LA 70602-3010

Jonathan Hadley Fontenot
Attorney at Law
P. O. Box 4407
Lake Charles LA 70606

### REHEARING ACTION: August 31, 2016

**Docket Number: 16   00418-CW**

**J-LU LTD CO, ET AL.**
**VERSUS**
**WILL-DRILL RESOURCES, INC.,**
**ET AL.**

**Writ Application from Beauregard Parish Case No. C-2014-0383**

**BEFORE JUDGES:**

>  Hon. Jimmie C. Peters
>  Hon. James T. Genovese
>  Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **James Michael Roberson, Jr., et al** is:

>  **REHEARING GRANTED.**
>  **WRIT DENIED.**  We find that the dispute herein is a simple, contractual dispute which has no effect on any order of the Commissioner of the Office of Conservation.  The relators and respondents entered into a contract whereby the respondents would develop the property at issue for all parties. The relators do not attack the Commissioner's existing order, but instead, question the way the respondents have implemented that order. Additionally, the respondents do not seek a permanent injunction to prohibit the Commissioner from issuing additional orders.  Instead, the relators seek to prevent the respondents from causing the relators more damages by continuing to violate their contract.  Accordingly, we conclude that the Commissioner has no interest in the litigation and that the Commissioner's authority would not be called into question; thus, we hereby deny the writ.

cc: Philip Edward Downer, III, Counsel for the Applicant
    Jacob M. Oakley, Counsel for the Applicant